473 A.2d 651

Commonwealth v. Rock, Appellant.

Submitted October 24, 1983. Ronald Segal, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Affirmed.

BROSKY, J., filed a memorandum concurring opinion.